JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CRAIG L. DAVENPORT AKA CRAIG DAVENPORT,<br><br>                    Defendant | No. 2:15-cv-7282<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Craig L. Davenport aka Craig Davenport, in the principal amount of $2,818.76 plus interest accrued to September 9, 2015, in the sum of $5,926.08; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $40.00, for a total amount of **$8,784.84**.

DATED: 11/20/15

By: KIRY GRAY, Clerk of Court
Clerk of the Court

Deputy Clerk
United States District Court